IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 20-2 J |
| | ) |
| v. | ) [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(v), |
| | ) 841(b)(1)(C), 841(b)(1)(D), and |
| ANDREW R. COLVIN | ) 841(b)(1)(E)] |
| | ) |

**FILED**
JAN 07 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about October 7, 2019, in the Western District of Pennsylvania, the defendant, ANDREW R. COLVIN, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

## COUNT TWO

The grand jury further charges:

On or about October 9, 2019, in the Western District of Pennsylvania, the defendant, ANDREW R. COLVIN, did knowingly, intentionally and unlawfully possess with intent to distribute one (1) gram or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide (LSD), a Schedule I controlled substance, and quantities of mixtures and substances containing detectable amounts of: marijuana, a Schedule I controlled substance; cocaine, a Schedule II controlled substance; methylenedioxymethampehtamine (MDMA), a Schedule I controlled substance; ketamine, a Schedule III controlled substance; and tetrahydrocannabinol (THC), a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(v), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(1)(E).

# FORFEITURE ALLEGATIONS

1. The Grand Jury re-alleges and incorporates by reference the allegation contained in Counts One and Two of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(p), and Title 28, United States Code, Section 2461(c).

2. As a result of the commission of the violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) charged in Count One of this Indictment, and Sections 841(a)(1), 841(b)(1)(B)(v), 841(b)(1)(C), 841(b)(1)(D), and 841(b)(1)(E) charged in Court Two of this Indictment, the defendant, ANDREW R. COLVIN, did acquire the following property, which constitutes, and is derived from, the proceeds obtained, directly and indirectly, from such violations, and/or constitutes property used, or intended to be used, to commit or to facilitate the commission of the violations, thereby subjecting said property to forfeiture to the United States of America pursuant to Title 21, United States Code, Section 853(a):

   (a) Glock 9 mm pistol, serial number BHAD158;

   (b) $339 in U.S. currency;

3. If through any act or omission by the defendant, ANDREW R. COLVIN, any or all of the property described in paragraph 2 above (hereinafter the "Subject Property"):

   (a) Cannot be located upon the exercise of due diligence;

   (b) Has been transferred, sold to, or deposited with a third person;

   (c) Has been placed beyond the jurisdiction of the Court;

   (d) Has been substantially diminished in value; or

   (e) Has been commingled with other property which cannot be

subdivided without difficulty;

the United States intends to seek forfeiture of any other property of the defendant, ANDREW R. COLVIN, up to the value of the Subject Property forfeitable above pursuant to Title 21, United States Code, Sections 853(a) and 853(p), and Title 28, United States Code, Section 2461(c).

A True Bill,

FOREPERSON

SCOTT W. BRADY
United States Attorney
PA ID No. 88352